# CERTIFICATE TO BE FILED WITH NOTICE OF APPEAL
## TO THE COURT OF APPEALS

APPELLATE NO.

TRIAL COURT NO. 31389

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/11/2015 2:19:36 PM
CATHY S. LUSK
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| VS. | * | ANDERSON COUNTY, TEXAS |
| STANLEY LIONEL BOLDEN | * | 3RD JUDICIAL DISTRICT |

**The records in my office reflect the following information in this case:**

CASE TYPE: UNL POSS FIREARM BY FELON

JUDGMENT OR APPEALABLE ORDER SIGNED: 06.04.2015

MOTION FOR NEW TRIAL FILED: 06.10.2015

NOTICE OF APPEAL FILED: 06.10.2015

REQUEST FOR FINDINGS OF FACT: N/A

DATE REQUEST FOR REPORTER'S RECORD FILED: N/A

PRESIDING TRIAL COURT JUDGE: PAM FOSTER FLETCHER

TRIAL COURT REPORTER(S): MISTY MCADAMS

WAS APPELLANT DECCLARED INDIGENT?        YES: X        NO:

APPELLANT'S COUNSEL IS:    RETAINED:        APPOINTED: X    PRO SE:


APPELLANT'S        ATTORNEY:  STEPHEN EVANS
                   ADDRESS:   1000 NORTH CHURCH
                              PALESTINE, TEXAS 75801
                   TELEPHONE: 903-723-3334
                   FAX:       903-723-0124
                   EMAIL:     sevans;aw@aol.com
                   STATE BAR CARD NO.: 06717580

APPELLEE'S      ATTORNEY:   ALLYSON MITCHELL, Dist. Atty.

ADDRESS:     500 N. Church St. Room 38

PALESTINE, TEXAS 75801

TELEPHONE: 903-723-7400

EMAIL: amitchelle@co.anderson.tx.us

STATE BAR CARD NO.: 24026884

DATED THIS 11TH DAY OF JUNE, 2015.

JANICE STAPLES
DISTRICT CLERK

BY: _Becky Brewster_

DEPUTY – Becky Brewster

(Complete in duplicate – Original to 12th Court Of Appeals/Trial Court
1517 W. Front St., Ste. 354, Tyler, TX 75702)

***PLEASE ATTACHED A FILE-MARKED COPY OF THE NOTICE OF APPEAL TO THIS FORM. PLEASE BE SURE THAT ALL OF THE REQUESTED INFORMATION IS COMPLETE. THANK YOU.**

**FILED FOR RECORD**
At 1:14 o'clock P.m.

JUN 1 0 2015

JANICE STAPLES
District Clerk, Anderson County, TX
by_____ Dep.

NO. 31389

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **IN THE DISTRICT COURT** |
| | § | |
| **vs.** | § | **349TH JUDICIAL DISTRICT** |
| | § | |
| **STANLEY LIONEL BOLDEN** | § | **ANDERSON COUNTY, TEXAS** |

## NOTICE OF APPEAL

### TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Stanley Lionel Bolden, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Stanley Lionel Bolden.

Respectfully submitted,

STEPHEN EVANS
1000 North Church
Palestine, Texas 75801
Tel: (903) 723-3334
Fax: (903) 723-0124

By:_____

Stephen Evans
State Bar No. 06717580
sevanslaw@aol.com
Attorney for Stanley Lionel Bolden

## CERTIFICATE OF SERVICE

This is to certify that on June 10, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Anderson County, by hand delivery.

_____
Stephen Evans



FILED FOR RECORD

At_____o'clock____

JUN 0 4 2015

JANICE STAPLES

District Clerk, Anderson County, TX

by_____ Dep.

|  |  |
|---|---|
| THE STATE OF TEXAS | IN THE 3RD JUDICIAL DISTRICT |
| V. | COURT |
| STANLEY LIONEL BOLDEN | ANDERSON COUNTY, TEXAS |
| STATE ID NO.: TX06640953 |  |

# JUDGMENT ADJUDICATING GUILT

| Judge Presiding: | HON. **Pam Foster Fletcher** | Date Judgment Entered: | **June 4, 2015** |
|---|---|---|---|
| Attorney for State: | **Scott Holden** | Attorney for Defendant: | **Jeff Herrington** |

| Date of Original Community Supervision Order: | Statute for Offense: **46.05 PC** |
|---|---|

Offense for which Defendant Convicted:

**UNL POSS FIREARM BY FELON**

Date of Offense:

**November 30, 2012**

| Degree: **3rd Degree Felony** | Plea to Motion to Adjudicate: **N/A** | Findings on Deadly Weapon: **N/A** |
|---|---|---|

Terms of Plea Bargain:

| Date Sentence Imposed: | **June 4, 2015** | Date Sentence to Commence: | **June 4, 2015** |
|---|---|---|---|

| Punishment and Place of Confinement: | **4 YEARS INSTITUTIONAL DIVISION, TDCJ** |
|---|---|

THIS SENTENCE SHALL RUN_____.

☐ SENTENCE OF CONFINEMENT SUSPENDED, DEFENDANT PLACED ON COMMUNITY SUPERVISION FOR **N/A** .

| Fine: **$ N/A** | Court Costs: **$ 289.00** | Restitution: **$** | Restitution Payable to: ☐ VICTIM (see below) ☐ AGENCY/AGENT (see below) |
|---|---|---|---|

**Sex Offender Registration Requirements do not apply to the Defendant.** TEX. CODE CRIM. PROC. chapter 62

The age of the victim at the time of the offense was **N/A** .

| Time Credited: | If Defendant is to serve sentence in TDCJ, enter incarceration periods in chronological order. |
|---|---|

From **11/30/12** to **12/1/12**    From **6/3/15** to **6/4/15**    From    to

From    to    From    to    From    to

If Defendant is to serve sentence in county jail or is given credit toward fine and costs, enter days credited below.

**N/A DAYS**     NOTES: **N/A**

All pertinent information, names and assessments indicated above are incorporated into the language of the judgment below by reference.

The Court previously deferred adjudication of guilt in this case. Subsequently, the Court heard the matter of Defendant's compliance with and obedience to the terms and conditions of the Court's Order of Deferred Adjudication of Guilt. The State appeared by her District Attorney.

**Counsel / Waiver of Counsel (select one)**

☒ Defendant appeared in person with Counsel.

☐ Defendant knowingly, intelligently, and voluntarily waived the right to representation by counsel in writing in open court.

After hearing and considering the evidence presented by both sides, the Court **FINDS THE FOLLOWING**: (1) The Court previously found the Defendant to be qualified for community supervision; (2) The Court **DEFERRED** further proceedings, made no finding of guilt, and rendered no judgment; (3) The Court issued an order placing Defendant on community supervision for a period of     **YEARS**; (4) The Court assessed a fine of $ **N/A**; (5) While on community supervision, Defendant violated the terms and conditions of community supervision as set out in the State's **ORIGINAL** Motion to Adjudicate Guilt as follows:

Accordingly, the Court **GRANTS** the State's Motion to Adjudicate the Defendant's Guilt in the above cause. **FINDING** the Defendant committed the offense on the date as noted above, the Court **ORDERS, ADJUDGES AND DECREES** that Defendant is **GUILTY** of the offense. The Court **FINDS** the Presentence Investigation, if so ordered, was done according to the applicable provisions of TEX. CODE CRIM. PROC. art. 42.12 § 9.

The Court **ORDERS** Defendant punished as indicated above. The Court **ORDERS** Defendant to pay all fines, court costs, and restitution as indicated above.

### Punishment Options (select one)

☒ **Confinement in State Jail or Institutional Division.** The Court **ORDERS** the authorized agent of the State of Texas or the Sheriff of this County to take, safely convey, and deliver Defendant to the **Director, Institutional Division, TDCJ.** The Court **ORDERS** Defendant to be confined for the period and in the manner indicated above. The Court **ORDERS** Defendant remanded to the custody of the Sheriff of this county until the Sheriff can obey the directions of this sentence. The Court **ORDERS** that upon release from confinement, Defendant proceed immediately to the Anderson County District Clerk. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **County Jail—Confinement / Confinement in Lieu of Payment.** The Court **ORDERS** Defendant immediately committed to the custody of the Sheriff of _____ County, Texas on the date the sentence is to commence. Defendant shall be confined in the County Jail for the period indicated above. The Court **ORDERS** that upon release from confinement, Defendant shall proceed immediately to the _____. Once there, the Court **ORDERS** Defendant to pay, or make arrangements to pay, any remaining unpaid fines, court costs, and restitution as ordered by the Court above.

☐ **Fine Only Payment.** The punishment assessed against Defendant is for a **FINE ONLY.** The Court **ORDERS** Defendant to proceed immediately to the Office of the _____ County **District Clerk.** Once there, the Court **ORDERS** Defendant to pay or make arrangements to pay all fines and court costs as ordered by the Court in this cause.

### Execution / Suspension of Sentence (select one)

☒ The Court **ORDERS** Defendant's sentence **EXECUTED.**

☐ The Court **ORDERS** Defendant's sentence of confinement **SUSPENDED.** The Court **ORDERS** Defendant placed on community supervision for the adjudged period (above) so long as Defendant abides by and does not violate the terms and conditions of community supervision. The order setting forth the terms and conditions of community supervision is incorporated into this judgment by reference.

The Court **ORDERS** that Defendant is given credit noted above on this sentence for the time spent incarcerated.

### Furthermore, the following special findings or orders apply:

**Defendant shall reimburse Anderson County, Texas, for court appointed attorney fees.**

---

**Signed and entered on June 4, 2015.**

X _Pam Foster Fletcher_

Pam Foster Fletcher_
JUDGE PRESIDING

Clerk: Janice Staples



Right Thumbprint